March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Kareem Roderique    ,
        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 56 (JPC) (__) (__)

Defendant __Kareem Roderique_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Kareem Roderique
Digitally signed by: [signature]
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Kareem Roderique**
_____
Print Defendant's Name

[signature]
Digitally signed by Ezra Spilke
Date: 2021.02.09 13:26:22 -05'00'
_____
Defense Counsel's Signature

**Ezra Spilke**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

February 2, 2021
_____
Date

[signature]
_____
U.S. District Judge/U.S. Magistrate Judge