March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

                 , Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___) (___)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Ezra Spilke_ by and through counsel
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_/s/ Ezra Spilke_
Defense Counsel's Signature

_____
Print Defendant's Name

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/30/2021
Date

_/s/ John P. Cronan_
U.S. District Judge/U.S. Magistrate Judge