

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 3, 2022

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Roderique*, S1 21 Cr. 56 (JPC)

Dear Judge Cronan:

    The Government submits this letter to inform the Court that the Government and defendant Kareem Roderique have reached a pretrial disposition in the above-referenced matter. The parties therefore respectfully request that the Court schedule a change-of-plea proceeding. The Government understands that the Court is available on Tuesday, March 8, 2022, at 3:30 p.m. The Government has consulted with defense counsel and the parties are available at that date and time.

        Respectfully Submitted,

        DAMIAN WILLIAMS
        United States Attorney

    By: _/s/ Michael R. Herman_
        Michael R. Herman
        David Robles
        Assistant United States Attorneys
        (212) 637-2221 / 2550

CC: Defense counsel (by ECF)

Defendant Kareem Roderique shall appear for a change of plea hearing on March 8, 2022, at 3:30 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Date:  March 3, 2022
        New York, New York

                  JOHN P. CRONAN
                  United States District Judge