# Law Offices of Ezra Spilke

> The Government and Defendant Kareem Roderique's request is granted. The sentencing for Mr. Roderique currently scheduled for August 16, 2022, at 10:00 a.m. is adjourned to October 4, 2022, at 2:00 p.m. The sentencing will occur in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

July 20, 2022

**By ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED.

Date: July 20, 2022
New York, New York

*[signature]*

JOHN P. CRONAN
United States District Judge

Re:   *United States v. Roderique et al.*, No. 21 Cr. 56 (JPC)

Dear Judge Cronan:

    I write on behalf of Kareem Roderique and the government to request a forty-five-day adjournment of Mr. Roderique's sentencing hearing scheduled for August 16, 2022, at 10:00 AM. I have conferred with counsel for the government, who joins in this request. This is the first such application.

    This application is prompted by the adjournment of the trial of Mr. Roderique's co-defendant Robert Shannon. Mr. Roderique pleaded guilty to Count 1 of the superseding indictment on March 8, 2022. At the time of his plea, the trial of Mr. Roderique's co-defendants was scheduled to take place before Mr. Roderique's sentencing. There are potential disagreements over some of the facts contained in Mr. Roderique's Presentence Report. I believe that CW-1, who is scheduled to testify in Mr. Shannon's trial, is the source of those facts. Hearing CW-1's live testimony would aid the Court's resolution of the potential factual disputes, counsel's decision whether to contest the facts and the government's decision whether to endorse or discredit CW-1's account as to Mr. Roderique. Accordingly, Mr. Roderique requests an adjournment of approximately forty-five days to some date that is convenient to the Court, which your Honor's chambers has advised me includes September 30, 2022. We appreciate the Court's considerate attention to this matter.

Respectfully submitted,

/s/ Ezra Spilke
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
Tel: (718) 783-3682
Counsel for Kareem Roderique

cc:   All counsel of record, by ECF
        Kareem Roderique, by U.S.P.S.