Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

March 6, 2023

**By ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Roderique et al.*, No. 21 Cr. 56 (JPC)

Dear Judge Cronan:

      I write on behalf of Kareem Roderique to respectfully request the release of the Court's written statement of reasons for the sentence that the Court imposed. Mr. Roderique is appealing his sentence and, whether I, as counsel, file an *Anders* brief or a brief on the merits, I am required to examine whether the Court complied with 18 U.S.C. § 3553(c)'s requirements regarding written statements of reasons. *See United States v. Elbert*, 658 F.3d 220 (2d Cir. 2011). Thank you for your considerate attention to this request.

Respectfully submitted,

/s/ Ezra Spilke
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
Tel: (718) 783-3682
*Counsel for Kareem Roderique*

cc:   All counsel of record, by ECF

The Court will provide counsel with a copy of the Court's written statement of reasons.  The Clerk of Court is respectfully directed to close Docket Number 226.

SO ORDERED.

March 7, 2023
New York, New York

JOHN P. CRONAN
United States District Judge