UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
: 21 Cr. 56 (JPC)
-v- :
: 23 Civ. 9349 (JPC)
KAREEM RODERIQUE, :
: ORDER TO ANSWER
Defendant. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Defendant Kareem Roderique has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Having concluded that Roderique's motion should not be summarily dismissed, the Court respectfully directs the Clerk of Court to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The Court further orders that, within sixty days of the date of this Order, the Government shall file an answer or other pleadings in response to the motion. Roderique shall have thirty days from when he is served with the Government's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

    SO ORDERED.

Dated: October 31, 2022
       New York, New York                              JOHN P. CRONAN
                                                 United States District Judge