UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,         :

                              :

          -v-                 :            21Cr. 56 (JPC)

                              :

KAREEM RODERIQUE,          :            <u>ORDER</u>

                              :

                  Defendant.     :

                              :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant Kareem Roderique has moved under 28 U.S.C. § 2255 to vacate his conviction

for conspiracy to distribute and possess with intent to distribute narcotics, in violation of 21 U.S.C.

§ 846.  Earlier today, the Court received a letter from Mr. Roderique indicating that he had not

received any opposition from the Government to his motion.  Dkt. 231.  The Government filed its

opposition to Mr. Roderique's motion on December 30, 2023.  *See* Dkt. 230.  That filing indicates

that it was sent to Mr. Roderique by U.S. Mail.  *Id.* at 6.  In an excess of caution, the Clerk of the

Court is respectfully directed to mail the filing at Docket Number 230 to Mr. Roderique at:

           Kareem Roderique
           Reg. No. 05084-070
           FCI Allenwood Low
           Federal Correctional Institution
           P.O. Box 1000
           White Deer, PA 17887

      In addition, the Court *sua sponte* extends the deadline for Mr. Roderique to file his reply

to February 26, 2024.

      SO ORDERED.

Dated: January 23, 2024
      New York, New York                          JOHN P. CRONAN
                                          United States District Judge